UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JAMES KALAMARAS

                                             ORDER OF DISMISSAL FOR
    -v-                                      LACK OF ACTIVITY
                                             CV 15-4649 (JS)(ARL)

NASSAU COUNTY, ET AL.
----------------------------------------X

APPEARANCES:

FOR PLAINTIFF(S):
James Kalamaras, *Pro Se*
220 Snow Av.
Raleigh NC 27603

FOR DEFENDANT(S):
James LaRusso, Esq.
Thomas Lai, Esq.
Nassau Co. Attorney's Office
1 West St.
Mineola NY 11501


SEYBERT, DISTRICT JUDGE:

       The above-captioned action was opened with the filing of a complaint on Aug. 3, 2015.

       After the plaintiff failed to appear for a conference a second time, Magistrate Judge Arlene Rosario Lindsay issued a Report and Recommendation that the case be dismissed for failure to prosecute on May 25, 2017 (docket entry [40]). Correspondence has be sent to the plaintiff at his last known address. There has been no objection received, and the Report and Recommendation is ADOPTED.

       IT IS HEREBY ORDERED that the case be DISMISSED without prejudice for lack of prosecution, pursuant to Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter judgment and mark the case closed.


                                                  SO ORDERED.

                                                  /s/ JOANNA SEYBERT
                                                  JOANNA SEYBERT, U.S.D.J.

Dated:    Central Islip, New York
           Aug. 14, 2017